

**IT IS ORDERED as set forth below:**

**Date: October 11, 2019**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | |
| Greenmine, Inc., | CASE NO. 19-55810-BEM |
| Debtor. | CHAPTER 7 |
| Nexus Fuels, LLC, | |
| Movant, | |
| v. | Contested Matter |
| Greenmine, Inc., | |
| Respondent. | |

### ORDER AND NOTICE OF HEARING

This matter comes before the Court on Movant's *Expedited Motion for Relief from Automatic Stay* (the "Motion") [Doc. 102] filed October 11, 2019. It appearing that the matter is urgent, the request for an emergency hearing contained in the Motion is granted. Accordingly, it is hereby

ORDERED and NOTICE IS HEREBY GIVEN that a hearing on the Motion [Doc. 102] shall be before the undersigned on October 17, 2019, at 2:30 PM, COURTROOM 1402, UNITED STATES COURTHOUSE, RICHARD B. RUSSELL FEDERAL BUILDING, 75 TED TURNER DRIVE (f/k/a SPRING STREET), SW, ATLANTA, GEORGIA; it is further

ORDERED that Movant is directed to serve this Notice and a copy of the Motion by electronic mail, facsimile, or overnight mail on Debtor, the Chapter 7 Trustee, GP Harmon Recycling LLC, and Reich Bros. Business Solutions, LLC and to file a certificate of service on the docket demonstrating such service.

**END OF ORDER**

## Distribution List

J. William Boone
James-Bates-Brannan-Groover-LLP
Suite 1700
3399 Peachtree Road
Atlanta, GA 30326

Jason L. Pettie
P.O. Box 17936
Atlanta, GA 30316

David S. Weidenbaum
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

David A. Wender
Alston & Bird LLP
1201 West Peachtree Street
One Atlantic Center
Atlanta, GA 30309-3424

Howard P. Slomka
Busch, Slipakoff, Mills & Slomka, PC
3350 Riverwood Parkway. Suite 2100
Atlanta, GA 30339